AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

Zelophean Bobby Copeland, Jr., # 337009,
*Plaintiff*

v.                                          Civil Action No.     2:11-cv-0751-JMC

Spartanburg Judicial Center, Judgments,        )
County Courthouse; Spartanburg Public          )
Defender Office, Person in Charge;             )
Spartanburg Solicitor Office,                  )
Person in Charge; County of Spartanburg,       )
Referring to the state, county or the living
person in charge,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__),
which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with
costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____ .

■   other: The Report and Recommendations of Magistrate Judge Bruce Howe Hendricks is accepted and this
case is dismissed without prejudice. The Plaintiff shall take nothing on his complaint filed pursuant to Title 42
U.S.C. § 1983.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge.

Date:   May 30, 2012                          *CLERK OF COURT*


                                              s/H. Hillman
                                    _____
                                    *Signature of Clerk or Deputy Clerk*